

**ORDERED in the Southern District of Florida on February 19, 2008.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 07-19529-PGH
CHAPTER 7 CASE

IN RE:

WILLIAM MORRIS WEATHERS

Debtor.
_____/

**ORDER GRANTING MODIFICATION OF STAY**

THIS CASE came before the court, upon Motion for Relief from Stay (Docket # 26) filed pursuant to local rule 4001-1(c) by **EMC MORTGAGE CORPORATION**, a secure creditor, and their being no objections to the entry of this order within the fifteen days negative notice period set forth therein, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

08-03286

LOT 70, BLOCK G, OF OLYMPIA PHASE 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 93, PAGE 35 OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.

A/K/A: 8960 ALEXANDRA CIRCLE, WELLINGTON, FL 33414

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. A state court judge is permitted to determine reasonable bankruptcy fees and cost to the Movant, which arose out the instant bankruptcy case.

4. The ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that **EMC MORTGAGE CORPORATION** can pursue its in rem remedies without further delay

5. EMC MORTGAGE CORPORATION, is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, **EMC MORTGAGE CORPORATION,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by:   LAW OFFICES OF MARSHALL C. WATSON, P.A.
               ATTN: SCOTT R. WEISS, ESQUIRE
               1800 NORTH WEST 49TH STREET – SUITE #120
               FORT LAUDERDALE, FLORIDA 33309

Scott R. Weiss, Esq., Is directed to furnish a
**Conformed copy of this Order immediately
upon receipt of same and file certificate
of service with the court.**

08-03286