Form CGFCRD3A   (2/13/07)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### Division:  West Palm Beach

Case Number: 07−19529−PGH

Chapter: 7

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

William Morris Weathers
8960 Alexandra Circle
West Palm Beach, FL 33414

SSN: xxx−xx−0252

```
CLERK
USBC
SDFL
FILED
2/21/08
```

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held in the above matter on **March 17, 2008** at **10:30 AM,** at the following location:

**Flagler Waterview Building
1515 N Flagler Dr Room 801 Courtroom A
West Palm Beach FL 33401**

to consider the following:

**Objection to Debtor's Claim of Exemptions Objection to Amended Schedule C, in addition to Motion For Turnover Of Property (Real property located at 8310 Winslow Drive, Saint James City, Florida, 8300 Winslow Drive, Saint James City, Florida, household goods and furnishings in excess of $1,000.00 personal property exemption) Filed by Trustee Robert C Furr (35)**

**This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, Vivian Corrales at (561) 514−4109 to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a completed local form certificate of service with the Court, as required by Local Rule 2002−1(i) and Administrative Order 05−2. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card or attorneys who have been authorized to appear by pro hac vice order. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Administrative Order 06−7.**

Dated: **February 21, 2008**                                    **Clerk of Court**

By: Vivian Corrales
Courtroom Deputy